UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CIVIL ACTION NO. 3:09CV-113-H

**KIT PRESCOTT**                                                                                 **PLAINTIFF**

v.

**THE COMMONWEALTH OF KENTUCKY** *et al.*                    **DEFENDANTS**

## **ORDER**

      For the reasons set forth in the Memorandum Opinion entered this date, and being otherwise sufficiently advised, **IT IS ORDERED** that Plaintiff's claims are **DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted because it is clear from the face of the complaint that they are barred by the applicable one-year statute of limitations.

      There being no just reason for delay in its entry, this is a **final Order**.

      The Court further **certifies** that an appeal of this action would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Date:

cc:     Plaintiff, *pro se*
          Defendants
          Hardin County Attorney

4412.008